

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ANDREW VASIL,
and all others similarly situated,

    Plaintiffs,

v.

325 THIRNICBAR, LLC,
406 BARMOOSE, LLC,
409 BARTOULOUSE, LLC,
407 BAR, INC.,
TWIN BAR MANAGEMENT CORPORATION,
DAVID DESILVA, JOHN MCIVER AND MIKE MCIVER,

    Defendants.
_____/

C.A. No.: 1:19-cv-540-LY
**COLLECTIVE ACTION**

## ORDER ON JOINT MOTION FOR APPROVAL OF SETTLEMENT

BEFORE THE COURT is the Joint Motion for Approval of Settlements ("Motion"). After due consideration, the Motion shall be **GRANTED**.

The Court hereby approves the parties' settlement.

In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, claims asserted or that could have been asserted by and among the Plaintiffs and Defendants, 325 THIRNICBAR, LLC, 406 BARMOOSE, LLC, 409-413 EAST SIXTH STREET BEVERAGE COMPANY, LLC, 407 BAR, INC., TWIN BAR MANAGEMENT CORPORATION, DAVID DESILVA, JOHN MCIVER, MIKE MCIVER and 411 FIRST FLOOR, INC., in this action are hereby dismissed, **with prejudice**.

DATED: _June 24_ 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE